UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                              : Case No.:    15-20388-CMG
  Kenneth A. Jankoski                                    :
  Lori A. Jankoski                                              : Adv. No.:    _____
                                                                          :
                                                                          : Judge:    Christine M. Gravelle
                  Debtor (s),                                   :
_____ : Chapter:    13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ____Christine M. Gravelle____, United States Bankruptcy Judge.

**Reason for Hearing:**   Debtor's Objection To Certification Of Default
   Re:  AmeriCredit Financial Services, Inc.

**Location of Hearing:**   Courtroom No. __3__
   USBC
   402 East State St.
   Trenton NJ 08608

**Date and Time:**   7/20/16   at 9:00 AM,
   or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✔ ARE REQUIRED    ____ ARE NOT REQUIRED

DATED:    6/29/16                                    JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that the foregoing notice was served on the following:
   John R. Morton Jr.,  Justin M Gillman  , debtor(s), Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-20388-CMG
Kenneth A. Jankoski                                                             Chapter 13
Lori A. Jankoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 29, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2016.
db/jdb          +Kenneth A. Jankoski,   Lori A. Jankoski,   186 Zwolak Court,   South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2016 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...
           bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com
          John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...
           jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net
          Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net
                                                                                             TOTAL: 10