UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                Case No.:     15-20388

Kenneth Jankoski                   Chapter:      13

Lori Jankoski                        Judge:       CMG

## NOTICE OF PROPOSED PRIVATE SALE

___Kenneth & Lori Jankoski___, ___Debtors___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:    Clerk of the U.S. Bankruptcy Court
                                     U.S. Courthouse, 1st Floor
                                     402 E. State Street
                                     Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___August 17, 2016___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3___, ___402 E. State Street Trenton, NJ 08608___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:    726 Maple Avenue
                                                       Piscataway, NJ 08854

Proposed Purchaser:    Rajesh B. & Vanita R. Patel

Sale price: $220,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:    Re/Max Diamond Realtors
Amount to be paid:    5% of sales price
Services rendered:    Listing Broker

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Justin Gillman, Esq.

Address: 770 Amboy Avenue, Edison, NJ 08837

Telephone No.: 732-661-1664

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth A. Jankoski  
Lori A. Jankoski  
    Debtors

Case No. 15-20388-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3      Date Rcvd: Jul 13, 2016  
                       Form ID: pdf905      Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.

```
db/jdb         +Kenneth A. Jankoski,    Lori A. Jankoski,    186 Zwolak Court,    South Plainfield, NJ 07080-3969
smg             U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
cr              AmeriCredit Financial Services, Inc. dba GM Financ,    P.O. Box 99605,
                 Arlington, TX   76096-9605
r              +Michelle Rizzo,    Re/Max Diamond Realtors,    1199 Amboy Ave.,    Edison, NJ 08837-2552
515571875     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,     dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
515546524      +Anethesia Consultants of New Jersey,    P.O. Box 27191,    Newark, NJ 07101-0400
515546525      +Armac INC.,    71 Passaic Ave,    Florham Park, NJ 07932-3040
515546533     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital 1 Bank,     Po Box 85520,    Richmond, VA 23285)
515546528     ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court:  CACH LLC,    370 17th Street,    Suite 5000,    Denver, CO 80202-3050)
515546529      +Cap One,    Po Box 30253,    Salt Lake City, UT 84130-0253
515546535      +Capital 1 Bank,    Pob 30281,    Salt Lake City, UT 84130-0281
515546530      +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
515670828       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515546541      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
515546543      +Chase auto,    Po Box 15298,    Wilmington, DE 19850-5298
515546544       Citi Residential Lendi/CitiMortgage,    Attn: Bankruptcy Department,    Po Box 79022 Ms 322,
                 St. Louis, MO 63179
515546545       Citi Residential Lendi/CitiMortgage,    2077 N Main St Ste 1050,    Santa Ana, CA 92706
515546547      +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
515546546      +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515546548      +Citimortgage,    Po Box 6243,    Sioux Falls, SD 57117-6243
515546549      +Comenity Bank/Dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
515546550      +Comenity Bank/Dress Barn,    Po Box 182789,    Columbus, OH 43218-2789
515546551      +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
515546552       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
515546553      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
515546555      +Exxon Mobile/GE Consumer Finance,    Po Box 6497,    Sioux Falls, SD 57117-6497
515546554      +Exxon Mobile/GE Consumer Finance,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
515546556      +First Step Group LLC,    6300 Shingle Creek Parkway,    Suite 220,    Minneapolis, MN 55430-2162
515546557      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
515546559       HRRG,    PO Box 189053,    Plantation, FL 33318-9053
515776451      +JFK MEDICAL CENTER-OP,    C/O RMB. INC.,    409 BEARDEN PARK CIRCLE,    KNOXVILLE, TN 37919-7448
515751814       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515546564      +JT Penyak Roofing Co.,    3571 Kennedy Road,    South Plainfield, NJ 07080-1917
515546565      +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1541
516263704       Kondaur Capital Corporation,    333 South Anita Drive,    Suite 400,    Orange, CA 92868-3314
515546567      +Medemerge PA,    PO Box 890,    Dunellen, NJ 08812-0890
515546570      +Middlesex Emergency Phys PA,    3585 Ridge Park Drive,    Akron, OH 44333-8203
515546574       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
515546573      +Plainfield Emergency Physicians,    P.O. Box 635087,    Cincinnati, OH 45263-5087
515546577       RWJ university hospital,    110 Rehill Ave,    Somerville, NJ 08876-2598
515546576      +Remex,    307 Wall St.,    Princeton, NJ 08540-1515
515623187     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
515546578      +Sa-vit Enterprises,    46 W Ferris St,    East Brunswick, NJ 08816-2159
515546579      +State of New Jeresy Division of Taxation,    Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
515546580      +TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
515546583      +Wfs Financial/Wachovia Dealer Srvs,    Po Box 1697,    Winterville, NC 28590-1697
515546581      +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
515546540      +central jersey surgeons PA,    611 Courtyard Dr,    BLDG #600,    Hillsborough, NJ 08844-4256
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2016 23:17:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515546522      +E-mail/PDF: recoverybankruptcy@afninet.com Jul 13 2016 23:12:11      Afni, Inc.,
                 Attention: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
515546523      +E-mail/PDF: recoverybankruptcy@afninet.com Jul 13 2016 23:12:13      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
```

```
District/off: 0312-3          User: admin               Page 2 of 3                   Date Rcvd: Jul 13, 2016
                              Form ID: pdf905           Total Noticed: 69


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515556202      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 13 2016 23:34:12
                 Ascension Capital Group,    Attn: Capital One Auto Finance,,
                 a division of Capital One, N.A. Dept,    P.O. Box 201347,     Arlington, TX 76006-1347
515546526      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 13 2016 23:18:17
                 Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce De Leon Blvd  5th Fl,
                 Miami, FL 33146-1873
515546527      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 13 2016 23:18:17
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
515781754      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 13 2016 23:18:17
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
515595853      +E-mail/Text: ebn@squaretwofinancial.com Jul 13 2016 23:18:15      CACH, LLC,
                 4340 S. Monaco Street, 2nd Floor,    Denver, CO 80237-3485
515634363      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 13 2016 23:34:04
                 Capital One Auto Finance,   c/o Ascension Capital Group,     P.O. Box 201347,
                 Arlington, TX 76006-1347
515546538      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 13 2016 23:12:15
                 Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
515546536      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 13 2016 23:12:48
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
515554262      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 13 2016 23:34:12
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 201347,
                 Arlington, TX 76006-1347
515546542      +E-mail/Text: bk.notifications@jpmchase.com Jul 13 2016 23:17:31      Chase auto,
                 Attn: National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
515546561       E-mail/Text: cio.bncmail@irs.gov Jul 13 2016 23:17:09      Internal Revenue Service (IRS),
                 Department of Treasury,    P.O. Box  7346,   Philadelphia, PA 19101-7346
515546563      +E-mail/Text: masmith@jfkhealth.org Jul 13 2016 23:18:30      JFK Medical Center,
                 80 James Street,    Edison, NJ 08820-3938
515546562      +E-mail/Text: masmith@jfkhealth.org Jul 13 2016 23:18:30      JFK Medical Center,
                 65 James Street,    Edison, NJ 08820-3903
515753260       E-mail/Text: bk.notifications@jpmchase.com Jul 13 2016 23:17:31      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,     Phoenix, AZ 85038-9505
515546566      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 13 2016 23:06:53       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515775740       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2016 23:11:27
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
515546571      +E-mail/Text: Bankruptcy@pinnaclefcu.com Jul 13 2016 23:17:27       Pinnacle Fed Cr Un,
                 135 Raritan Center Pkwy,    Edison, NJ 08837-3645
515646470       E-mail/Text: bnc-quantum@quantum3group.com Jul 13 2016 23:17:33
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515546534*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,     Po Box 85520,    Richmond, VA 23285)
515546531*     +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
515546532*     +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
515546539*     +Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
515546537*     +Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
515546558*     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
515546560*      HRRG,   PO Box 189053,    Plantation, FL 33318-9053
516263705*      Kondaur Capital Corporation,     333 South Anita Drive,    Suite 400,    Orange, CA 92868-3314
515546568*     +Medemerge PA,    PO Box 890,    Dunellen, NJ 08812-0890
515546569*     +Medemerge PA,    PO Box 890,    Dunellen, NJ 08812-0890
515546575*      PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
515546572*     +Pinnacle Fed Cr Un,    135 Raritan Center Pkwy,    Edison, NJ 08837-3645
515546584*     +Wfs Financial/Wachovia Dealer Srvs,     Po Box 1697,    Winterville, NC 28590-1697
515546582*     +Wfs Financial/Wachovia Dealer Srvs,     Po Box 3569,    Rancho Cucamonga, CA 91729-3569
                                                                                        TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3                  User: admin                      Page 3 of 3                  Date Rcvd: Jul 13, 2016
                                      Form ID: pdf905                  Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net
              Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net
                                                                                             TOTAL: 11
```