Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−20388−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth A. Jankoski | Lori A. Jankoski |
| 186 Zwolak Court | 186 Zwolak Court |
| South Plainfield, NJ 07080 | South Plainfield, NJ 07080 |

Social Security No.:
   xxx−xx−3472                                              xxx−xx−5257

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 14, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 54 − 52
Order Granting Application to Employ Michelle Rizzo, Re/Max Diamond Realtors as Realtor (Related Doc # 52). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/14/2016. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 14, 2016
JJW: bwj

                                                                                                 James J. Waldron
                                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 15-20388-CMG
Kenneth A. Jankoski                                                                      Chapter 13
Lori A. Jankoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 1                  Date Rcvd: Jul 14, 2016
                                Form ID: orderntc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.
r              +Michelle Rizzo,   Re/Max Diamond Realtors,   1199 Amboy Ave.,   Edison, NJ 08837-2552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               bankruptcynotice@zuckergoldberg.com, dcarlon@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net
              Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net
                                                                                                  TOTAL: 11