UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman & Gillman, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

Order Filed on August 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth A. Jankoski
Lori A. Jankoski

Case No.: 15-20388

Chapter: 13

Judge: CMG

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 18, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____Debtors_____ for the reduction of time for a hearing on  Motion to Approve Sale of Property located at 726 Maple Ave., Piscataway, NJ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____August 23, 2016_____ at __2:00 pm__ in the United States Bankruptcy Court, _____402 East State Street, Trenton New Jersey 08608_____, Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: all interested parties and the trustee
_____

by ☒ each, ☐ any of the following methods selected by the Court:

  ☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

  ☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

  ☒ on the same day as the date of this order, or

  ☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

  ☐ is not required

  ☒ must be provided to  all interested parties and the trustee

    ☒ on the same day as the date of this Order, or

    ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*