Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−20388−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth A. Jankoski
186 Zwolak Court
South Plainfield, NJ 07080

Lori A. Jankoski
186 Zwolak Court
South Plainfield, NJ 07080

Social Security No.:
  xxx−xx−3472                                      xxx−xx−5257

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 25, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 66 − 61
Order Granting Application to Employ Kevin H. Morse, Esq., Slavin & Morse, LLC as Special Counsel (Related Doc # 61). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/25/2016. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 25, 2016
JJW: bwj

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth A. Jankoski  
Lori A. Jankoski  
    Debtors  

Case No. 15-20388-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 25, 2016  
                        Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2016.  
sp           +Kevin H. Morse,   Slavin & Morse, LLC,   234 Main Street,   Woodbridge, NJ 07095-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:
         Albert   Russo   docs@russotrustee.com
         Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com
         Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
         Alexandra T. Garcia   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
         LIABILITY COMPANY NJECFMAIL@mwc-law.com
         Alexandra T. Garcia   on behalf of Creditor   Kondaur Capital Corporation NJECFMAIL@mwc-law.com
         Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company NJECFMAIL@mwc-law.com
         Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, Et Al...
         bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
         John R. Morton, Jr.   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
         Financial mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
         Joshua I. Goldman   on behalf of Creditor   Bayview Loan Servicing, Et Al...
         jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Justin M Gillman   on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net
         Justin M Gillman   on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net
                                                                                                                                           TOTAL: 11