UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Justin M. Gillman, Esq.
Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtor(s)

Order Filed on August 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth A. Jankoski
Lori A. Jankoski

Case No.: 15-20388

Chapter: 13

Judge: CMG

## ORDER AUTHORIZING RETENTION OF

Slavin & Morse, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: August 25, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Kevin H. Morse, Esq./Slavin & Morse, LLC__ as __Special Counsel for Debtors__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  Slavin & Morse, LLC
    234 Main Street
    Woodbridge, NJ 07095

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth A. Jankoski  
Lori A. Jankoski  
    Debtors

Case No. 15-20388-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 25, 2016  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2016.  
db/jdb        +Kenneth A. Jankoski,    Lori A. Jankoski,    186 Zwolak Court,    South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com  
           Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED  
           LIABILITY COMPANY NJECFMAIL@mwc-law.com  
           Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com  
           Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited  
           Liability Company NJECFMAIL@mwc-law.com  
           Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...  
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
           John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM  
           Financial mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
           Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...  
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net  
           Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net  
                                                                                                   TOTAL: 11