UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

42495

Morton & Craig LLC

John R. Morton, Jr., Esq.

110 Marter Avenue

Suite 301

Moorestown, NJ 08057

Attorney for  AmeriCredit Financial Services, Inc., dba GM Financial

JM-5630

Order Filed on September 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth A. Jankoski

Lori A. Jankoski

Case No.: 15-20388(CMG)

Adv. No.:

Hearing Date: 8-17-16

Judge:  CMG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Kenneth and Lori Jankoski**
**15-20388(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., dba GM Financial, with the appearance of Justin Gillman, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., dba GM Financial is the holder of a first purchase money security interest encumbering a 2009 Nissan Altima bearing vehicle identification number 1N4AL24E89C154566 (hereinafter the"vehicle").

2. **Curing Arrears:**  Through and including the July 2016 account payment, the debtors were $706.26 in arrears to GM Financial.  To cure arrears, the debtors shall make cure payments to GM Fiancial of $470.68 for 6 consecutive months beginning August 15, 2016. In the event the debtors fail to make any payment for a period of 15 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney

3. The debtors shall make all payments on the retail installment contract when due, being the 15th day of each month.  In the event the debtors fail to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

4. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  AmeriCredit Financial Services, Inc., dba GM Financial shall be listed as loss payee.  In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

5. The debtors shall pay to AmeriCredit Financial Services, Inc., dba GM Financial through the plan, a counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.