**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>42495<br>Morton & Craig LLC<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for AmeriCredit Financial Services, Inc., dba GM Financial<br>JM-5630 | Order Filed on September 8, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Kenneth A. Jankoski<br>Lori A. Jankoski | Case No.: 15-20388(CMG)<br><br>Adv. No.:<br><br>Hearing Date: 8-17-16<br><br>Judge: CMG |

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Kenneth and Lori Jankoski**
**15-20388(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., dba GM Financial, with the appearance of Justin Gillman, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., dba GM Financial is the holder of a first purchase money security interest encumbering a 2009 Nissan Altima bearing vehicle identification number 1N4AL24E89C154566 (hereinafter the"vehicle").

2. **Curing Arrears:** Through and including the July 2016 account payment, the debtors were $706.26 in arrears to GM Financial. To cure arrears, the debtors shall make cure payments to GM Fiancial of $470.68 for 6 consecutive months beginning August 15, 2016. In the event the debtors fail to make any payment for a period of 15 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney

3. The debtors shall make all payments on the retail installment contract when due, being the 15th day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

4. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. AmeriCredit Financial Services, Inc., dba GM Financial shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

5. The debtors shall pay to AmeriCredit Financial Services, Inc., dba GM Financial through the plan, a counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth A. Jankoski  
Lori A. Jankoski  
    Debtors

Case No. 15-20388-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 08, 2016  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.  
db/jdb      +Kenneth A. Jankoski,   Lori A. Jankoski,   186 Zwolak Court,   South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2016 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com  
        Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
        Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com  
        Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com  
        Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY NJECFMAIL@mwc-law.com  
        Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com  
        Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al... bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
        Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al... jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net  
        Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net  
                                                                                                                                                                            TOTAL: 12