CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, N.J. 08625-0106
Attorney for State of New Jersey,
    Division of Taxation

By:   Jonathan B. Peitz
      Deputy Attorney General
      (609)984-0183
      Atty. ID. No. 04155-2010

**Order Filed on September 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>KENNETH A. JANKOSKI, and<br>LORI A. JANKOSKI,<br><br>Debtors. | Hon. Christine M. Gravelle, U.S.B.J.<br><br>Case No.: 15-20388<br><br>Chapter 13 |

CONSENT ORDER ALLOWING AND FIXING THE NEW JERSEY DIVISION OF
TAXATION'S PROOFS OF CLAIM

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: September 30, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:  KENNETH A. AND LORI A. JANKOSKI
Case No. 15-20388 (CMG)
Caption: CONSENT ORDER

THIS MATTER, having come before the Court by Debtors Kenneth A. Jankoski's and Lori A. Jankoski's ("Debtors") Motion to Expunge the New Jersey Division of Taxation's ("Taxation") secured proof of claim (Document Number 74); and Taxation having received payment by check from the Chapter 13 Trustee, totaling $779.15, toward Taxation's secured proof of claim as follows: (1) $179.11 dated November 2, 2015, (2) $82.07 dated December 2, 2015, (3) $82.07 dated January 7, 2016, (4) $82.06 dated March 1, 2015, (5) $164.13 dated April 11, 2016, (6) $82.07 dated June 1, 2016, (7) $24.79 dated July 5, 2016, and (8) $82.85 dated August 1, 2016; and Taxation having also received a payment of $3,851.84 on September 14, 2016, from New Dawn Title Agency, LLC, toward Taxation's secured and general unsecured proofs of claim; and Taxation having received an additional check dated September 1, 2016, in the amount of $82.85 from the Chapter 13 Trustee; and Taxation having already sent a refund to the Chapter 13 Trustee in the amount of $82.85; and Debtors and Taxation having agreed to an amicable resolution of this matter; and for good cause shown;

IT IS HEREBY ORDERED that Taxation's Secured Proof of Claim in the amount of $4,161.31 filed on July 15, 2015 (Claims Register Number 4-1) is hereby amended and superseded by Taxation's Amended

2

Debtor:  KENNETH A. AND LORI A. JANKOSKI
Case No. 15-20388 (CMG)
Caption:  CONSENT ORDER

Secured Proof of Claim in the amount of $779.15, filed on September 16, 2016 (Claims Register Number 4-2) based on the payment received by Taxation from New Dawn Title Agency, LLC, listed above; and

IT IS HEREBY FURTHER ORDERED that Taxation's Amended Secured Proof of Claim in the amount of $779.15 is hereby reduced to $0 based on the $779.15 in total payments received from the Chapter 13 Trustee as stated above; and

IT IS HEREBY FURTHER ORDERED that Taxation's Priority Proof of Claim in the amount of $971.41 (Claims Register Number 5-1) is hereby allowed in its entirety, and shall be paid in full as stated in Debtors' confirmed Chapter 13 Plan (Document Numbers 31 and 38); and

IT IS HEREBY FURTHER ORDERED that Taxation's General Unsecured Proof of Claim filed on July 15, 2015 (Claims Register Number 6-1), is hereby amended and superseded by Taxation's Amended General Unsecured Proof of Claim in the amount of $0 filed on September 16, 2016, based on the payment received by Taxation from New Dawn Title Agency, LLC, listed above; and

IT IS HEREBY FURTHER ORDERED that that if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtors' Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

Debtor: KENNETH A. AND LORI A. JANKOSKI
Case No. 15-20388 (CMG)
Caption: CONSENT ORDER

CONSENTED AS TO FORM, CONTENT AND ENTRY:

| GILLMAN & GILLMAN, LLC | CHRISTOPHER S. PORRINO |
| Counsel to Debtors | Attorney General of New Jersey |
| | Attorney for N.J. Division |

By: _____        By: _____
Justin M. Gillman, Esquire           Jonathan B. Peitz
NJ BAR ID #03889-1997                Deputy Attorney General

Dated: 9/29/16                        Dated: 9/30/16

4