CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, N.J. 08625-0106
Attorney for State of New Jersey,
    Division of Taxation

By:  Jonathan B. Peitz
    Deputy Attorney General
    (609)984-0183
    Atty. ID. No. 04155-2010

Order Filed on September 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re<br><br>KENNETH A. JANKOSKI, and<br>LORI A. JANKOSKI,<br><br>Debtors. | Hon. Christine M. Gravelle, U.S.B.J.<br><br>Case No.: 15-20388<br><br>Chapter 13 |
|---|---|

CONSENT ORDER ALLOWING AND FIXING THE NEW JERSEY DIVISION OF
TAXATION'S PROOFS OF CLAIM

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: September 30, 2016**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Debtor:  KENNETH A. AND LORI A. JANKOSKI
Case No. 15-20388 (CMG)
Caption: CONSENT ORDER

THIS MATTER, having come before the Court by Debtors Kenneth A. Jankoski's and Lori A. Jankoski's ("Debtors") Motion to Expunge the New Jersey Division of Taxation's ("Taxation") secured proof of claim (Document Number 74); and Taxation having received payment by check from the Chapter 13 Trustee, totaling $779.15, toward Taxation's secured proof of claim as follows: (1) $179.11 dated November 2, 2015, (2) $82.07 dated December 2, 2015, (3) $82.07 dated January 7, 2016, (4) $82.06 dated March 1, 2015, (5) $164.13 dated April 11, 2016, (6) $82.07 dated June 1, 2016, (7) $24.79 dated July 5, 2016, and (8) $82.85 dated August 1, 2016; and Taxation having also received a payment of $3,851.84 on September 14, 2016, from New Dawn Title Agency, LLC, toward Taxation's secured and general unsecured proofs of claim; and Taxation having received an additional check dated September 1, 2016, in the amount of $82.85 from the Chapter 13 Trustee; and Taxation having already sent a refund to the Chapter 13 Trustee in the amount of $82.85; and Debtors and Taxation having agreed to an amicable resolution of this matter; and for good cause shown;

IT IS HEREBY ORDERED that Taxation's Secured Proof of Claim in the amount of $4,161.31 filed on July 15, 2015 (Claims Register Number 4-1) is hereby amended and superseded by Taxation's Amended

2

```
Debtor:  KENNETH A. AND LORI A. JANKOSKI
Case No. 15-20388 (CMG)
Caption: CONSENT ORDER
```

Secured Proof of Claim in the amount of $779.15, filed on September 16, 2016 (Claims Register Number 4-2) based on the payment received by Taxation from New Dawn Title Agency, LLC, listed above; and

IT IS HEREBY FURTHER ORDERED that Taxation's Amended Secured Proof of Claim in the amount of $779.15 is hereby reduced to $0 based on the $779.15 in total payments received from the Chapter 13 Trustee as stated above; and

IT IS HEREBY FURTHER ORDERED that Taxation's Priority Proof of Claim in the amount of $971.41 (Claims Register Number 5-1) is hereby allowed in its entirety, and shall be paid in full as stated in Debtors' confirmed Chapter 13 Plan (Document Numbers 31 and 38); and

IT IS HEREBY FURTHER ORDERED that Taxation's General Unsecured Proof of Claim filed on July 15, 2015 (Claims Register Number 6-1), is hereby amended and superseded by Taxation's Amended General Unsecured Proof of Claim in the amount of $0 filed on September 16, 2016, based on the payment received by Taxation from New Dawn Title Agency, LLC, listed above; and

IT IS HEREBY FURTHER ORDERED that that if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtors' Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

3

Debtor: KENNETH A. AND LORI A. JANKOSKI
Case No. 15-20388 (CMG)
Caption: CONSENT ORDER

CONSENTED AS TO FORM, CONTENT AND ENTRY:

GILLMAN & GILLMAN, LLC
Counsel to Debtors

By: _____
Justin M. Gillman, Esquire
NJ BAR ID #03889-1997

Dated: 9/29/16

CHRISTOPHER S. PORRINO
Attorney General of New Jersey
Attorney for N.J. Division

By: _____
Jonathan B. Peitz
Deputy Attorney General

Dated: 9/30/16

4

Case 15-20388-CMG    Doc 77    Filed 10/02/16    Entered 10/03/16 00:42:33    Desc Imaged
Certificate of Notice    Page 4 of 5

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth A. Jankoski
Lori A. Jankoski
    Debtors

Case No. 15-20388-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 30, 2016
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
db/jdb        +Kenneth A. Jankoski,    Lori A. Jankoski,    186 Zwolak Court,    South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:
           Albert   Russo   docs@russotrustee.com
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
            alex@winstonandwinston.com
           Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
            Liability Company NJECFMAIL@mwc-law.com
           Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
           Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
            LIABILITY COMPANY NJECFMAIL@mwc-law.com
           Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com
           Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...
            bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
           John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
            Financial mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
           Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation
            Jonathan.Peitz@dol.lps.state.nj.us
           Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...
            jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net
           Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net
                                                                                                              TOTAL: 13