Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
750 Third Avenue, Suite 978
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

Order Filed on October 24, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

KENNETH A JANKOSKI and
LORI A JANKOSKI,

Debtors.

Case No. 15-20388-CMG
(Chapter 13)

Hearing Date: September 21, 2016

Judge: Christine M. Gravelle

**CONDITIONAL ORDER REGARDING MOTION FOR AUTOMATIC STAY AS TO THE
2013 NISSAN ALTIMA (VIN: 1N4AL3AP8DC111012)**

The Relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

DATED: October 24, 2016

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): KENNETH A JANKOSKI and LORI A JANKOSKI
Case No.: 15-20388-CMG
Caption of Order: CONDITIONAL ORDER REGARDING MOTION FOR AUTOMATIC STAY AS TO THE 2013 NISSAN ALTIMA (VIN: 1N4AL3AP8DC111012)

Upon the Stipulation of JPMORGAN CHASE BANK N.A., ("Chase") and KENNETH A JANKOSKI and LORI A JANKOSKI, ("Debtors") under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2013 NISSAN ALTIMA (VIN: 1N4AL3AP8DC111012) and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the attached Stipulation is "SO ORDERED."