Order Filed on October 24, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
750 Third Avenue, Suite 978
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No. 15-20388-CMG |
| | (Chapter 13) |
| KENNETH A JANKOSKI and | |
| LORI A JANKOSKI, | Hearing Date: September 21, 2016 |
| Debtors. | Judge: Christine M. Gravelle |

**CONDITIONAL ORDER REGARDING MOTION FOR AUTOMATIC STAY AS TO THE 2013 NISSAN ALTIMA (VIN: 1N4AL3AP8DC111012)**

The Relief set forth on the following pages, numbered two (2) through ___two (2)___ is hereby **ORDERED.**

DATED: October 24, 2016

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): KENNETH A JANKOSKI and LORI A JANKOSKI
Case No.: 15-20388-CMG
Caption of Order: CONDITIONAL ORDER REGARDING MOTION FOR AUTOMATIC STAY AS TO THE 2013 NISSAN ALTIMA (VIN: 1N4AL3AP8DC111012)

Upon the Stipulation of JPMORGAN CHASE BANK N.A., ("Chase") and KENNETH A JANKOSKI and LORI A JANKOSKI, ("Debtors") under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2013 NISSAN ALTIMA (VIN: 1N4AL3AP8DC111012) and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the attached Stipulation is "SO ORDERED."

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth A. Jankoski  
Lori A. Jankoski  
    Debtors

Case No. 15-20388-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2016  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2016.  
db/jdb        +Kenneth A. Jankoski,   Lori A. Jankoski,   186 Zwolak Court,   South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:

           Albert   Russo    docs@russotrustee.com  
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
            alex@winstonandwinston.com  
           Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited  
            Liability Company NJECFMAIL@mwc-law.com  
           Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com  
           Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED  
            LIABILITY COMPANY NJECFMAIL@mwc-law.com  
           Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com  
           Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...  
            bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
           John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM  
            Financial mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
           Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation  
            Jonathan.Peitz@dol.lps.state.nj.us  
           Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...  
            jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net  
           Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net  
                                                                                                                                                                                          TOTAL: 13