Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−20388−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth A. Jankoski | Lori A. Jankoski |
| 186 Zwolak Court | 186 Zwolak Court |
| South Plainfield, NJ 07080 | South Plainfield, NJ 07080 |

Social Security No.:
 xxx−xx−3472                             xxx−xx−5257

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      3/15/17
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin Gillman, Attorney for Debtor

COMMISSION OR FEES
$8855.00

EXPENSES
$145.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 21, 2017
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                Case No. 15-20388-CMG
Kenneth A. Jankoski                                                   Chapter 13
Lori A. Jankoski
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3                  Date Rcvd: Feb 21, 2017
                              Form ID: 137               Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db/jdb        +Kenneth A. Jankoski,    Lori A. Jankoski,    186 Zwolak Court,    South Plainfield, NJ 07080-3969
cr             AmeriCredit Financial Services, Inc. dba GM Financ,     P.O. Box 99605,
                 Arlington, TX 76096-9605
cr            +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,    750 Third Avenue, Suite 978,
                 New York, NY 10017-2703
sp            +Kevin H. Morse,    Slavin & Morse, LLC,    234 Main Street,    Woodbridge, NJ 07095-1929
r             +Michelle Rizzo,    Re/Max Diamond Realtors,    1199 Amboy Ave.,    Edison, NJ 08837-2552
515571875    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,     dba GM Financial,
                 P O Box 183853,   Arlington, TX 76096)
515546524     +Anethesia Consultants of New Jersey,    P.O. Box 27191,    Newark, NJ 07101-0400
515546525     +Armac INC.,    71 Passaic Ave,   Florham Park, NJ 07932-3040
515546533    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,    Po Box 85520,    Richmond, VA 23285)
515546528    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,   DENVER CO 80237-3485
               (address filed with court: CACH LLC,    370 17th Street,    Suite 5000,   Denver, CO 80202-3050)
515546529     +Cap One,   Po Box 30253,    Salt Lake City, UT 84130-0253
515546535     +Capital 1 Bank,    Pob 30281,   Salt Lake City, UT 84130-0281
515546530     +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
515670828      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515546541     +Chase,    P.o. Box 15298,   Wilmington, DE 19850-5298
515546543     +Chase auto,    Po Box 15298,   Wilmington, DE 19850-5298
515546544      Citi Residential Lendi/CitiMortgage,    Attn: Bankruptcy Department,    Po Box 79022 Ms 322,
                 St. Louis, MO 63179
515546545      Citi Residential Lendi/CitiMortgage,    2077 N Main St Ste 1050,    Santa Ana, CA 92706
515546547     +Citibank,    Po Box 6241,   Sioux Falls, SD 57117-6241
515546546     +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515546548     +Citimortgage,    Po Box 6243,   Sioux Falls, SD 57117-6243
515546550     +Comenity Bank/Dress Barn,    Po Box 182789,    Columbus, OH 43218-2789
515546549     +Comenity Bank/Dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,   Columbus, OH 43218-2686
515546551     +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
515546552      Equifax,    P.O. Box 740241,   Atlanta, GA 30374-0241
515546553     +Experian,    475 Anton Blvd,   Costa Mesa, CA 92626-7037
515546555     +Exxon Mobile/GE Consumer Finance,    Po Box 6497,    Sioux Falls, SD 57117-6497
515546554     +Exxon Mobile/GE Consumer Finance,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
515546556     +First Step Group LLC,    6300 Shingle Creek Parkway,    Suite 220,   Minneapolis, MN 55430-2162
515546557     +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
515546559      HRRG,    PO Box 189053,   Plantation, FL 33318-9053
515776451     +JFK MEDICAL CENTER-OP,    C/O RMB. INC.,    409 BEARDEN PARK CIRCLE,   KNOXVILLE, TN 37919-7448
515751814      JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515546564     +JT Penyak Roofing Co.,    3571 Kennedy Road,    South Plainfield, NJ 07080-1917
515546565     +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 500,   Philadelphia, PA 19106-1541
516263704      Kondaur Capital Corporation,    333 South Anita Drive,    Suite 400,   Orange, CA 92868-3314
515546567     +Medemerge PA,    PO Box 890,   Dunellen, NJ 08812-0890
515546570     +Middlesex Emergency Phys PA,    3585 Ridge Park Drive,    Akron, OH 44333-8203
515546574     +PSE&G,    P.O. Box 14444,   New Brunswick, NJ 08906-4444
515546573     +Plainfield Emergency Physicians,    P.O. Box 635087,    Cincinnati, OH 45263-5087
515546576     +Remex,    307 Wall St.,   Princeton, NJ 08540-1515
515623187    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
515546579     +State of New Jeresy Division of Taxation,    Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
515546580     +TransUnion,    P.O. Box 2000,   Crum Lynne, PA 19022-2000
515546581     +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
515546583     +Wfs Financial/Wachovia Dealer Srvs,    Po Box 1697,    Winterville, NC 28590-1697
515546540     +central jersey surgeons PA,    611 Courtyard Dr,    BLDG #600,   Hillsborough, NJ 08844-4256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 00:02:17     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 00:02:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
515546522     +E-mail/Text: EBNProcessing@afni.com Feb 22 2017 00:02:21     Afni, Inc.,
                 Attention: Bankruptcy,    Po Box 3097,   Bloomington, IL 61702-3097
515546523     +E-mail/Text: EBNProcessing@afni.com Feb 22 2017 00:02:20     Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
```

```
District/off: 0312-3            User: admin                 Page 2 of 3                  Date Rcvd: Feb 21, 2017
                                Form ID: 137                Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515556202      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2017 23:58:59      Ascension Capital Group,
                 Attn: Capital One Auto Finance,,    a division of Capital One, N.A. Dept,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515546526      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 22 2017 00:02:36
                 Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce De Leon Blvd  5th Fl,
                 Miami, FL 33146-1873
515546527      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 22 2017 00:02:36
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
515781754      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 22 2017 00:02:36
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
515595853      +E-mail/Text: ebn@squaretwofinancial.com Feb 22 2017 00:02:34      CACH, LLC,
                 4340 S. Monaco Street, 2nd Floor,    Denver, CO 80237-3485
515634363      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2017 23:58:37
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515546538      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 21 2017 23:59:05
                 Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
515546536      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 21 2017 23:59:05
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
515554262      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2017 23:58:59
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515546542      +E-mail/Text: bk.notifications@jpmchase.com Feb 22 2017 00:02:05       Chase auto,
                 Attn: National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
515546561       E-mail/Text: cio.bncmail@irs.gov Feb 22 2017 00:01:52      Internal Revenue Service (IRS),
                 Department of Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515546563      +E-mail/Text: masmith@jfkhealth.org Feb 22 2017 00:02:50      JFK Medical Center,
                 80 James Street,    Edison, NJ 08820-3938
515546562      ++E-mail/Text: masmith@jfkhealth.org Feb 22 2017 00:02:50      JFK Medical Center,
                 65 James Street,    Edison, NJ 08820-3903
515753260       E-mail/Text: bk.notifications@jpmchase.com Feb 22 2017 00:02:05       JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
515546566      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 22 2017 00:01:42       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515775740       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2017 00:04:36
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
515546571      +E-mail/Text: Bankruptcy@pinnaclefcu.com Feb 22 2017 00:02:03       Pinnacle Fed Cr Un,
                 135 Raritan Center Pkwy,    Edison, NJ 08837-3645
515646470       E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2017 00:02:09
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
515546577       E-mail/Text: paola.flores@rwjbh.org Feb 22 2017 00:03:05      RWJ university hospital,
                 110 Rehill Ave,    Somerville, NJ 08876-2598
515546578      +E-mail/Text: bankruptcy@savit.com Feb 22 2017 00:03:08       Sa-vit Enterprises,   46 W Ferris St,
                 East Brunswick, NJ 08816-2159
                                                                                              TOTAL: 24


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515546534*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital 1 Bank,    Po Box 85520,    Richmond, VA 23285)
515546531*     +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
515546532*     +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
515546539*     +Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
515546537*     +Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
515546558*     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
515546560*      HRRG,   PO Box 189053,    Plantation, FL 33318-9053
516263705*      Kondaur Capital Corporation,    333 South Anita Drive,    Suite 400,    Orange, CA 92868-3314
515546568*     +Medemerge PA,    PO Box 890,    Dunellen, NJ 08812-0890
515546569*     +Medemerge PA,    PO Box 890,    Dunellen, NJ 08812-0890
515546575*      PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
515546572*     +Pinnacle Fed Cr Un,    135 Raritan Center Pkwy,    Edison, NJ 08837-3645
515546584*     +Wfs Financial/Wachovia Dealer Srvs,    Po Box 1697,    Winterville, NC 28590-1697
515546582*     +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
                                                                                   TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Feb 21, 2017
                              Form ID: 137             Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation
               Jonathan.Peitz@dol.lps.state.nj.us
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net
              Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net
                                                                                             TOTAL: 13
```