Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.



Order Filed on March 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Kenneth A. Jankoski<br>Lori A. Jankoski<br><br>Debtor(s). | Chapter: 13<br><br>Case No.: 15-20388<br><br>Hearing Date: 3/15/2017 at 12:00 p.m.<br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |
|---|---|

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby ORDERED.

**DATED: March 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In Re: Jankoski
Case No: 15-20388

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

IT IS ORDERED as follows:

1. THAT the Applicant, Justin M. Gillman, Esq., is allowed a fee of $8,855 for services rendered and expenses in the amount of $145.00.

2. THAT the sum of $9,000.00, representing the total allowed fees and costs shall be paid outside the plan from the funds held in Applicant's trust account pursuant to the Order Authorizing the Sale of Property at 726 Maple Avenue, Piscataway, NJ filed on August 23, 2016.