Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

Order Filed on March 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 13 |
|---|---|
| Kenneth A. Jankoski<br>Lori A. Jankoski<br><br>Debtor(s). | Case No.: 15-20388<br><br>Hearing Date: 3/15/2017 at 12:00 p.m.<br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby ORDERED

.

**DATED: March 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In Re: Jankoski
Case No: 15-20388

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

IT IS ORDERED as follows:

1. THAT the Applicant, Justin M. Gillman, Esq., is allowed a fee of $8,855 for services rendered and expenses in the amount of $145.00.

2. THAT the sum of $9,000.00, representing the total allowed fees and costs shall be paid outside the plan from the funds held in Applicant's trust account pursuant to the Order Authorizing the Sale of Property at 726 Maple Avenue, Piscataway, NJ filed on August 23, 2016.

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth A. Jankoski  
Lori A. Jankoski  
    Debtors

Case No. 15-20388-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 16, 2017  
        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.  
db/jdb  +Kenneth A. Jankoski,   Lori A. Jankoski,   186 Zwolak Court,   South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

   ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:  
    Albert    Russo    docs@russotrustee.com  
    Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
    Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
    Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com  
    Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com  
    Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY NJECFMAIL@mwc-law.com  
    Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com  
    Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al... bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
    John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
    Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation Jonathan.Peitz@dol.lps.state.nj.us  
    Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net  
    Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net  
                                              TOTAL: 13