Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−20388−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth A. Jankoski                                     Lori A. Jankoski
   186 Zwolak Court                                        186 Zwolak Court
   South Plainfield, NJ 07080                      South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−3472                                              xxx−xx−5257

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/16/19 at 09:00 AM

to consider and act upon the following:

**92** − Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 186 Zwolak Court, South Plainfield, New Jersey 07080. Fee Amount &#036 176. filed by Creditor Bayview Loan Servicing, LLC, 43 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of U.S. Bank National Association et al.... Objection deadline is 12/26/2018. (Attachments: # 1 Proposed Order # 2 Certification # 3 Certificate of Service) (Caine, Brian)

Dated: 12/26/18

                                                                 Jeanne Naughton
                                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth A. Jankoski  
Lori A. Jankoski  
    Debtors

Case No. 15-20388-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 26, 2018  
                            Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.  
db/jdb         +Kenneth A. Jankoski,    Lori A. Jankoski,    186 Zwolak Court,    South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com  
          Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Aleksander P. Powietrzynski     on behalf of Creditor     JPMORGAN CHASE BANK, N.A.  
           alex@winstonandwinston.com  
          Alexandra T. Garcia     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited  
           Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com  
          Alexandra T. Garcia     on behalf of Creditor     Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,  
           nj-ecfmail@ecf.courtdrive.com  
          Alexandra T. Garcia     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED  
           LIABILITY COMPANY NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com  
          Alexandra T. Garcia     on behalf of Creditor     Kondaur Capital Corporation NJECFMAIL@mwc-law.com,  
           nj-ecfmail@ecf.courtdrive.com  
          Brian E Caine     on behalf of Creditor     U.S. Bank National Association et al...  
           bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
          Denise E. Carlon     on behalf of Creditor     Bayview Loan Servicing, Et Al...  
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
          John R. Morton, Jr.     on behalf of Creditor     AmeriCredit Financial Services, Inc. dba GM  
           Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
          Jonathan B. Peitz     on behalf of Creditor     New Jersey Division of Taxation  
           Jonathan.Peitz@dol.lps.state.nj.us  
          Joshua I. Goldman     on behalf of Creditor     Bayview Loan Servicing, Et Al...  
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Justin M Gillman     on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net,  
           r47252@notify.bestcase.com  
          Justin M Gillman     on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net,  
           r47252@notify.bestcase.com

                                                                                                                                                       TOTAL: 14