Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15−20388−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth A. Jankoski                             Lori A. Jankoski
   186 Zwolak Court                                186 Zwolak Court
   South Plainfield, NJ 07080                      South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−3472                                     xxx−xx−5257

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/6/19 at 09:00 AM

to consider and act upon the following:

**95** – Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: 2009 Nissan Altima. Fee Amount &#036 176. filed by Creditor AmeriCredit Financial Services, Inc. dba GM Financial) filed by John R. Morton Jr. on behalf of AmeriCredit Financial Services, Inc. dba GM Financial. Objection deadline is 01/11/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 1/14/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court