Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−20388−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth A. Jankoski | Lori A. Jankoski |
| 186 Zwolak Court | 186 Zwolak Court |
| South Plainfield, NJ 07080 | South Plainfield, NJ 07080 |

Social Security No.:
   xxx−xx−3472                                                    xxx−xx−5257

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/6/19 at 09:00 AM

to consider and act upon the following:

**95** − Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: 2009 Nissan Altima. Fee Amount &#036 176. filed by Creditor AmeriCredit Financial Services, Inc. dba GM Financial) filed by John R. Morton Jr. on behalf of AmeriCredit Financial Services, Inc. dba GM Financial. Objection deadline is 01/11/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 1/14/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 15-20388-CMG
Kenneth A. Jankoski                                               Chapter 13
Lori A. Jankoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jan 14, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2019.
db/jdb        +Kenneth A. Jankoski,   Lori A. Jankoski,   186 Zwolak Court,   South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association et al...
               bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation
               Jonathan.Peitz@dol.lps.state.nj.us
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski abgillman@optonline.net,
               r47252@notify.bestcase.com
              Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski abgillman@optonline.net,
               r47252@notify.bestcase.com
                                                                                               TOTAL: 14