| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PARKER McCAY P.A.<br>BRIAN E. CAINE<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | Order Filed on February 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Kenneth A. Jankoski<br>Lori A. Jankoski | Case No. 15-20388-CMG<br>Chapter 13<br><br>Hearing: April 17, 2019<br><br>Judge: Christine M. Gravelle |

# INTERIM ORDER
## ADJOURNING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: February 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Kenneth A. Jankoski and Lori A. Jankoski
Case No: 15-20388-CMG
Caption of Order: INTERM ORDER ADJOURNING CREDITOR'S CERTIFICATION OF DEFAULT

---

Upon the Certification of Default of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Movant"), and

Upon the opposition filed by the Debtor, and

Upon the ruling of this Court at the February 6, 2019 hearing, it is hereby:

**ORDERED** as follows:

1) The hearing on the Certification of Default **shall be adjourned to April 17, 2019 at 9:00 a.m.**

2) The Debtors shall make a payment to Movant in the amount of $3,200.00 by February 28, 2019.

3) The Debtors shall make the regular monthly mortgage payments due to Movant on March 1, 2019 and April 1, 2019 as regularly scheduled.