UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth A. Jankoski
Lori A. Jankoski

Case No. 15-20388-CMG
Chapter 13

Hearing: April 17, 2019

Judge: Christine M. Gravelle

**INTERIM ORDER
ADJOURNING CREDITOR'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: February 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Kenneth A. Jankoski and Lori A. Jankoski
Case No: 15-20388-CMG
Caption of Order: INTERM ORDER ADJOURNING CREDITOR'S CERTIFICATION OF DEFAULT

---

Upon the Certification of Default of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Movant"), and

Upon the opposition filed by the Debtor, and

Upon the ruling of this Court at the February 6, 2019 hearing, it is hereby:

**ORDERED** as follows:

1) The hearing on the Certification of Default **shall be adjourned to April 17, 2019 at 9:00 a.m.**

2) The Debtors shall make a payment to Movant in the amount of $3,200.00 by February 28, 2019.

3) The Debtors shall make the regular monthly mortgage payments due to Movant on March 1, 2019 and April 1, 2019 as regularly scheduled.

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth A. Jankoski
Lori A. Jankoski
    Debtors

Case No. 15-20388-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 19, 2019
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.
db/jdb         +Kenneth A. Jankoski,    Lori A. Jankoski,    186 Zwolak Court,    South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                                 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:
               Albert    Russo    docs@russotrustee.com
               Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
               Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
                alex@winstonandwinston.com
               Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
                Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
               Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
                nj-ecfmail@ecf.courtdrive.com
               Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
                LIABILITY COMPANY NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
               Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com,
                nj-ecfmail@ecf.courtdrive.com
               Brian E Caine    on behalf of Creditor    U.S. Bank National Association et al...
                bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
               Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...
                bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
               John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
                Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
               Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation
                Jonathan.Peitz@dol.lps.state.nj.us
               Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...
                jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
               Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski ecf@gbclawgroup.com,
                r47252@notify.bestcase.com,5326@notices.nextchapterbk.com
               Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski ecf@gbclawgroup.com,
                r47252@notify.bestcase.com,5326@notices.nextchapterbk.com
                                                                                                   TOTAL: 14