UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46960
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc., dba GM Financial
JM-5630

In Re:

Kenneth A. Jankoski
Lori A. Jankoski



Order Filed on March 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-20388(CMG)

Adv. No.:

Hearing Date: 2-6-19

Judge: CMG

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Kenneth and Lori Jankoski**
**15-20388(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., dba GM Financial, with the appearance of Justin Gillman, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., dba GM Financial is the holder of a first purchase money security interest encumbering a 2009 Nissan Altima bearing vehicle identification number 1N4AL24E89C154566 (hereinafter the"vehicle").

2. **Curing Arrears and paying off loan:** To cure arrears and pay off the loan, the debtors shall make a payment to GM Financial of $706.84 on 2-15-19, followed by regular monthly payments of $353.42 beginning 3-15-19 until the loan is paid in full. **In the event the debtors fail to make any payment for a period of 10 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle without any application to the Court or notice to the debtors or their attorney. The terms of this paragraph shall be deemed to be self-executing in nature.**

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. AmeriCredit Financial Services, Inc., dba GM Financial shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtors shall pay to AmeriCredit Financial Services, Inc., dba GM Financial through the plan, a counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.