Order Filed on May 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esq.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 985-4059
Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns

In Re:

KENNETH A. JANKOSKI
LORI A. JANKOSKI

CASE NO.  15-20388-CMG
Chapter:  13
Hearing:  May 1, 2019
Judge:  Christine M. Gravelle

**ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 10, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors: Kenneth A. Jankoski and Lori A. Jankoski
Case No: 15-20388-CMG
Caption of Order: U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's Certification of Default

Pursuant to the hearing held before this Court on May 1, 2019 regarding the certification of default filed at docket number 92 by U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns (hereinafter "Movant") and the opposition and arguments presented by debtors' counsel at said hearing, and for cause shown, it is hereby;

**ORDERED** as follows:

1. As of April 30, 2019, the post-petition arrears are $6,325.63.

2. The debtors shall cure the post-petition arrears as follows:

    a) $1,265.13 due 5/20/19
    b) $1,265.13 due 6/20/19
    c) $1,265.13 due 7/20/19
    d) $1,265.13 due 8/20/19
    e) $1,265.11 due 9/20/19

3. Debtors shall also make the following payments:

    a) Regular monthly payment due 5/1/19 by 5/20/19
    b) Regular monthly payment due 6/1/19 by 6/20/19
    c) Regular monthly payment due 7/1/19 by 7/20/19
    d) Regular monthly payment due 8/1/19 by 8/20/19
    e) Regular monthly payment due 9/1/19 by 9/20/19

4. The debtor shall be current post-petition by October 1, 2019.

5. If the Debtors should default and fail to make the payments on a timely basis, then upon certification of default of said payments in accordance herewith submitted by Movant's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to the realty commonly known as 186 Zwolak Court, South Plainfield, NJ 07080.