

**Order Filed on May 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esq.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 985-4059
Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns

In Re:

KENNETH A. JANKOSKI
LORI A. JANKOSKI

CASE NO.  15-20388-CMG
Chapter:  13
Hearing:  May 1, 2019
Judge:  Christine M. Gravelle

**ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 10, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Kenneth A. Jankoski and Lori A. Jankoski
Case No:  15-20388-CMG
Caption of Order:  U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's Certification of Default

Pursuant to the hearing held before this Court on May 1, 2019 regarding the certification of default filed at docket number 92 by U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns (hereinafter "Movant") and the opposition and arguments presented by debtors' counsel at said hearing, and for cause shown, it is hereby;

**ORDERED** as follows:

1. As of April 30, 2019, the post-petition arrears are $6,325.63.

2. The debtors shall cure the post-petition arrears as follows:

    a)  $1,265.13 due 5/20/19
    b)  $1,265.13 due 6/20/19
    c)  $1,265.13 due 7/20/19
    d)  $1,265.13 due 8/20/19
    e)  $1,265.11 due 9/20/19

3. Debtors shall also make the following payments:

    a)  Regular monthly payment due 5/1/19 by 5/20/19
    b)  Regular monthly payment due 6/1/19 by 6/20/19
    c)  Regular monthly payment due 7/1/19 by 7/20/19
    d)  Regular monthly payment due 8/1/19 by 8/20/19
    e)  Regular monthly payment due 9/1/19 by 9/20/19

4. The debtor shall be current post-petition by October 1, 2019.

5. If the Debtors should default and fail to make the payments on a timely basis, then upon certification of default of said payments in accordance herewith submitted by Movant's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to the realty commonly known as 186 Zwolak Court, South Plainfield, NJ 07080.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-20388-CMG
Kenneth A. Jankoski                                                     Chapter 13
Lori A. Jankoski
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 10, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb        +Kenneth A. Jankoski,    Lori A. Jankoski,    186 Zwolak Court,    South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association et al...
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation
               Jonathan.Peitz@dol.lps.state.nj.us
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
                                                                                                TOTAL: 14