| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Justin Gillman, Esq.<br>770 Amboy Avenue<br>Edison, NJ 08837<br>(732) 661-1664 | **Order Filed on July 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Kenneth A. & Lori Jankoski | Case No.:    15-20388-CMG<br><br>Chapter:    13<br><br>Judge:    Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4822-1980-2557, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Justin Gillman _____, the applicant, is allowed a fee of $_____ 2,660.00 _____ for services rendered and expenses in the amount of $_____ 70.00 _____ for a total of $_____ 2,730.00 _____. The allowance is payable:

    ☒ $_____ 0 _____ through the Chapter 13 plan as an administrative priority.

    ☒ $_____ 2,730.00 _____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

4822-1980-2557, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth A. Jankoski  
Lori A. Jankoski  
  Debtors

Case No. 15-20388-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 02, 2020  
         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.  
db/jdb    +Kenneth A. Jankoski,   Lori A. Jankoski,   186 Zwolak Court,   South Plainfield, NJ 07080-3969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:

   Albert    Russo    docs@russotrustee.com  
   Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
   Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
   Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
   Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
   Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
   Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
   Brian E Caine    on behalf of Creditor    U.S. Bank National Association et al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
   Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, Et Al... bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
   John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
   Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation Jonathan.Peitz@dol.lps.state.nj.us  
   Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, Et Al... josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com  
   Justin M Gillman    on behalf of Joint Debtor Lori A. Jankoski ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
   Justin M Gillman    on behalf of Debtor Kenneth A. Jankoski ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

                                TOTAL: 14