| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kenneth A. Jankoski** | Social Security number or ITIN   xxx–xx–3472 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lori A. Jankoski** | Social Security number or ITIN   xxx–xx–5257 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   **15–20388–CMG** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth A. Jankoski                    Lori A. Jankoski

8/31/20                                  **By the court:** <u>Christine M. Gravelle</u>
                                              United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-20388-CMG
Kenneth A. Jankoski                                             Chapter 13
Lori A. Jankoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 3              Date Rcvd: Aug 31, 2020
                           Form ID: 3180W         Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.
```
db/jdb      +Kenneth A. Jankoski,   Lori A. Jankoski,   186 Zwolak Court,   South Plainfield, NJ 07080-3969
cr          +JPMORGAN CHASE BANK, N.A.,   c/o Winston & Winston, P.C.,   750 Third Avenue, Suite 978,
             New York, NY 10017-2703
sp          +Kevin H. Morse,   Slavin & Morse, LLC,   234 Main Street,   Woodbridge, NJ 07095-1929
r           +Michelle Rizzo,   Re/Max Diamond Realtors,   1199 Amboy Ave.,   Edison, NJ 08837-2552
515546524   +Anethesia Consultants of New Jersey,   P.O. Box 27191,   Newark, NJ 07101-0400
515546525   +Armac INC.,   71 Passaic Ave,   Florham Park, NJ 07932-3040
515546543   +Chase auto,   Po Box 15298,   Wilmington, DE 19850-5298
515546545    Citi Residential Lendi/CitiMortgage,   2077 N Main St Ste 1050,   Santa Ana, CA 92706
515546544    Citi Residential Lendi/CitiMortgage,   Attn: Bankruptcy Department,   Po Box 79022 Ms 322,
             St. Louis, MO 63179
515546548   +Citimortgage,   Po Box 6243,   Sioux Falls, SD 57117-6243
515546552    Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
515546553   +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
515546554   +Exxon Mobile/GE Consumer Finance,   Attn: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
515546555   +Exxon Mobile/GE Consumer Finance,   Po Box 6497,   Sioux Falls, SD 57117-6497
515546559    HRRG,   PO Box 189053,   Plantation, FL 33318-9053
515776451   +JFK MEDICAL CENTER-OP,   C/O RMB. INC.,   409 BEARDEN PARK CIRCLE,   KNOXVILLE, TN 37919-7448
515546564   +JT Penyak Roofing Co.,   3571 Kennedy Road,   South Plainfield, NJ 07080-1917
515546565   +Kivitz McKeever Lee, PC,   701 Market Street,   Suite 500,   Philadelphia, PA 19106-1538
516263704    Kondaur Capital Corporation,   333 South Anita Drive,   Suite 400,   Orange, CA 92868-3314
515546567   +Medemerge PA,   PO Box 890,   Dunellen, NJ 08812-0890
515546570   +Middlesex Emergency Phys PA,   3585 Ridge Park Drive,   Akron, OH 44333-8203
515546574   +PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
515546573   +Plainfield Emergency Physicians,   P.O. Box 635087,   Cincinnati, OH 45263-5087
515546576   +Remex,   307 Wall St.,   Princeton, NJ 08540-1515
515623187   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,   Division of Taxation,   P.O. Box 245,
             Trenton, NJ 08695-0245)
515546579   +State of New Jeresy Division of Taxation,   Revenue Processing Center,   PO Box 111,
             Trenton, NJ 08645-0111
515546580   +TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
516721217    U.S. Bank National Association et al,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
             Irvine, CA 92619-2708
516721218   +U.S. Bank National Association et al,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
             Irvine, CA 92619-2708,   U.S. Bank National Association et al,
             c/o Rushmore Loan Management Services 92619-2708
515546540   +central jersey surgeons PA,   611 Courtyard Dr,   BLDG #600,   Hillsborough, NJ 08844-4256
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 01 2020 00:06:51   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 01 2020 00:06:49   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           EDI: PHINAMERI.COM Sep 01 2020 03:28:00   AmeriCredit Financial Services, Inc. dba GM Financ,
             P.O. Box 99605,   Arlington, TX 76096-9605
515571875    EDI: PHINAMERI.COM Sep 01 2020 03:28:00   AmeriCredit Financial Services, Inc.,
             dba GM Financial,   P O Box 183853,   Arlington, TX 76096
515546522   +EDI: AFNIRECOVERY.COM Sep 01 2020 03:28:00   Afni, Inc.,   Attention: Bankruptcy,
             Po Box 3097,   Bloomington, IL 61702-3097
515546523   +EDI: AFNIRECOVERY.COM Sep 01 2020 03:28:00   Afni, Inc.,   Po Box 3427,
             Bloomington, IL 61702-3427
515556202   +EDI: AISACG.COM Sep 01 2020 03:28:00   Ascension Capital Group,
             Attn: Capital One Auto Finance,,   a division of Capital One, N.A. Dept,   P.O. Box 201347,
             Arlington, TX 76006-1347
515546526   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 01 2020 00:07:14
             Bayview Financial Loan,   Bankruptcy Dept,   4425 Ponce De Leon Blvd  5th Fl,
             Miami, FL 33146-1873
515546527   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 01 2020 00:07:14
             Bayview Financial Loan,   4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1873
515781754   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 01 2020 00:07:14
             Bayview Loan Servicing LLC,   4425 Ponce De Leon Blvd., 5th Floor,
             Coral Gables, FL 33146-1873
515546528   +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2020 00:12:06   CACH LLC,
             370 17th Street,   Suite 5000,   Denver, CO 80202-5616
515595853    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2020 00:12:08   CACH, LLC,
             PO Box 10587,   Greenville, SC 29603-0587
515546533    EDI: CAPITALONE.COM Sep 01 2020 03:28:00   Capital 1 Bank,   Po Box 85520,
             Richmond, VA 23285
```

District/off: 0312-3          User: admin               Page 2 of 3              Date Rcvd: Aug 31, 2020
                             Form ID: 3180W            Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515546529     +EDI: CAPITALONE.COM Sep 01 2020 03:28:00     Cap One,   Po Box 30253,
               Salt Lake City, UT 84130-0253
515546535     +EDI: CAPITALONE.COM Sep 01 2020 03:28:00     Capital 1 Bank,   Pob 30281,
               Salt Lake City, UT 84130-0281
515546530     +EDI: CAPITALONE.COM Sep 01 2020 03:28:00     Capital 1 Bank,   Attn: General Correspondence,
               Po Box 30285,   Salt Lake City, UT 84130-0285
515634363     +EDI: AISACG.COM Sep 01 2020 03:28:00     Capital One Auto Finance,
               c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
515546538     +EDI: CAPONEAUTO.COM Sep 01 2020 03:28:00     Capital One Auto Finance,   3901 Dallas Pkwy,
               Plano, TX 75093-7864
515546536     +EDI: CAPONEAUTO.COM Sep 01 2020 03:28:00     Capital One Auto Finance,   3905 N Dallas Pkwy,
               Plano, TX 75093-7892
515554262     +EDI: AISACG.COM Sep 01 2020 03:28:00     Capital One Auto Finance, a division of Capital On,
               P.O. Box 201347,   Arlington, TX 76006-1347
515670828      EDI: BL-BECKET.COM Sep 01 2020 03:28:00     Capital One, N.A.,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
515546542     +EDI: CAUT.COM Sep 01 2020 03:28:00     Chase auto,   Attn: National Bankruptcy Dept,
               Po Box 29505,   Phoenix, AZ 85038-9505
515546546     +EDI: CITICORP.COM Sep 01 2020 03:28:00     Citibank,   Citicorp Credit Services/Attn: Centraliz,
               Po Box 790040,   Saint Louis, MO 63179-0040
515546547     +EDI: CITICORP.COM Sep 01 2020 03:28:00     Citibank,   Po Box 6241,
               Sioux Falls, SD 57117-6241
515546550     +EDI: WFNNB.COM Sep 01 2020 03:28:00     Comenity Bank/Dress Barn,   Po Box 182789,
               Columbus, OH 43218-2789
515546549     +EDI: WFNNB.COM Sep 01 2020 03:28:00     Comenity Bank/Dress Barn,   Attention: Bankruptcy,
               P.O. Box 182686,   Columbus, OH 43218-2686
515546551     +EDI: WFNNB.COM Sep 01 2020 03:28:00     Comenity Bank/vctrssec,   Po Box 182789,
               Columbus, OH 43218-2789
515546557     +EDI: PHINAMERI.COM Sep 01 2020 03:28:00     Gm Financial,   Po Box 181145,
               Arlington, TX 76096-1145
515546561      EDI: IRS.COM Sep 01 2020 03:28:00     Internal Revenue Service (IRS),   Department of Treasury,
               P.O. Box  7346,   Philadelphia, PA 19101-7346
515546563     +E-mail/Text: abachman@rmbcollect.com Sep 01 2020 00:07:19     JFK Medical Center,
               80 James Street,   Edison, NJ 08820-3938
515546562     +E-mail/Text: abachman@rmbcollect.com Sep 01 2020 00:07:19     JFK Medical Center,
               65 James Street,   Edison, NJ 08820-3903
515546541      EDI: JPMORGANCHASE Sep 01 2020 03:28:00     Chase,   P.o. Box 15298,   Wilmington, DE 19850
515751814      EDI: JPMORGANCHASE Sep 01 2020 03:28:00     JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,   P.O. BOX 901032,   Ft. Worth, TX 76101-2032
515753260      EDI: CAUT.COM Sep 01 2020 03:28:00     JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
515546566     +E-mail/Text: PBNCNotifications@peritusservices.com Sep 01 2020 00:06:13     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
515775740      EDI: PRA.COM Sep 01 2020 03:28:00     Portfolio Recovery Associates, LLC,
               c/o Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
515546571     +E-mail/Text: Bankruptcy@pinnaclefcu.com Sep 01 2020 00:06:26     Pinnacle Fed Cr Un,
               135 Raritan Center Pkwy,   Edison, NJ 08837-3645
515646470      EDI: Q3G.COM Sep 01 2020 03:28:00     Quantum3 Group LLC as agent for,   Comenity Bank,
               PO Box 788,   Kirkland, WA 98083-0788
515546577      E-mail/Text: rwjebn@rwjbh.org Sep 01 2020 00:07:28     RWJ university hospital,
               110 Rehill Ave,   Somerville, NJ 08876-2598
515546578     +E-mail/Text: bankruptcy@savit.com Sep 01 2020 00:07:30     Sa-vit Enterprises,   46 W Ferris St,
               East Brunswick, NJ 08816-2159
515546583     +EDI: WFFC.COM Sep 01 2020 03:28:00     Wfs Financial/Wachovia Dealer Srvs,   Po Box 1697,
               Winterville, NC 28590-1697
515546581     +EDI: WFFC.COM Sep 01 2020 03:28:00     Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,
               Rancho Cucamonga, CA 91729-3569
                                                                                        TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515546534*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,   Po Box 85520,   Richmond, VA 23285)
515546531*    +Capital 1 Bank,   Attn: General Correspondence,   Po Box  30285,
               Salt Lake City, UT 84130-0285
515546532*    +Capital 1 Bank,   Attn: General Correspondence,   Po Box  30285,
               Salt Lake City, UT 84130-0285
515546539*    +Capital One Auto Finance,   3901 Dallas Pkwy,   Plano, TX 75093-7864
515546537*    +Capital One Auto Finance,   3905 N Dallas Pkwy,   Plano, TX 75093-7892
515546558*    +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
515546560*     HRRG,   Po Box 189053,   Plantation, FL 33318-9053
516263705*     Kondaur Capital Corporation,   333 South Anita Drive,   Suite 400,   Orange, CA 92868-3314
515546568*    +Medemerge PA,   Po Box 890,   Dunellen, NJ 08812-0890
515546569*    +Medemerge PA,   Po Box 890,   Dunellen, NJ 08812-0890
515546575*     PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
515546572*    +Pinnacle Fed Cr Un,   135 Raritan Center Pkwy,   Edison, NJ 08837-3645
515546584*    +Wfs Financial/Wachovia Dealer Srvs,   Po Box 1697,   Winterville, NC 28590-1697
515546582*    +Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569

```
District/off: 0312-3          User: admin              Page 3 of 3          Date Rcvd: Aug 31, 2020
                             Form ID: 3180W            Total Noticed: 72

515546556      ##+First Step Group LLC,    6300 Shingle Creek Parkway,    Suite 220,    Minneapolis, MN 55430-2162
                                                                                        TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2020 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Aleksander Piotr Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia   on behalf of Creditor   Kondaur Capital Corporation NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Brian E Caine   on behalf of Creditor   U.S. Bank National Association et al...
               bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, Et Al...
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              John R. Morton, Jr.   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Jonathan B. Peitz   on behalf of Creditor   New Jersey Division of Taxation
               Jonathan.Peitz@dol.lps.state.nj.us
              Joshua I. Goldman   on behalf of Creditor   Bayview Loan Servicing, Et Al...
               josh.goldman@padgettlawgroup.com,  bkgroup@kmllawgroup.com
              Justin M Gillman   on behalf of Joint Debtor Lori A. Jankoski ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Justin M Gillman   on behalf of Debtor Kenneth A. Jankoski ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
                                                                          TOTAL: 15
```